USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2020

**JEFFREY S. DUBIN, P.C.**
464 NEW YORK AVENUE
SUITE 100
HUNTINGTON, NEW YORK 11743

Jeffrey S. Dubin
_____
Amy E. Strang

TELEPHONE
(631) 351-0300
TELECOPIER
(631) 351-1900
INTERNET
DubinJS@cs.com

May 27, 2020

**Via ECF**
Honorable Alison J. Nathan
40 Foley Square
New York, NY 10007

Re:   Trustees of the Local 272 Funds v. Parking 56 LLC
      Civil Action No.: 20 CV 01726 (AJN)

Dear Judge Nathan,

I am one of the attorneys for the Plaintiffs, the Trustees of the Local 272 Funds. I request that the initial pre-trial conference scheduled for June 19, 2020 at 3:15 p.m., be adjourned as the defendant has not yet been served. The Summons and Complaint were filed on February 27, 2020 and the pleadings were sent out for service on March 2, 2020. The process server acknowledged receipt of the pleadings on March 10, 2020. Due to the Covid-19 pandemic, they could not serve the defendant before New York State shut down all "non-essential" businesses.

I respectfully request that the conference be adjourned to after September 15, 2020, in light of the ongoing closures in New York.

No prior requests for an adjournment have been made.

Very truly yours,

/s/ Amy E. Strang

cc: Parking 56 LLC via mail

SO ORDERED.   6/3/20

*[signature]*

Alison J. Nathan, U.S.D.J.

Plainitffs' time to serve Defendant is hereby extended to August 14, 2020. The initial pre-trial conference currently scheduled for June 19, 2020 is adjourned to September 18, 2020 at 3:15 p.m. SO ORDERED.