| | |
|---|---|
| **JEFFREY S. DUBIN, P.C.** <br> 464 NEW YORK AVENUE <br> SUITE 100 <br> HUNTINGTON, NEW YORK 11743 <br><br> Jeffrey S. Dubin <br><br> Amy E. Strang | TELEPHONE <br> (631) 351 0300 <br> TELECOPIER <br> (631) 351 1900 <br> INTERNET <br> DubinJS@cs.com |

September 1, 2020

**Via ECF**
Honorable Alison J. Nathan
40 Foley Square
New York, NY 10007

Re:   Trustees of the Local 272 Funds v. Parking 56 LLC
      Civil Action No.: 20 CV 01726 (AJN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2020

Dear Judge Nathan,

I am one of the attorneys for the Plaintiffs, the Trustees of the Local 272 Funds. I request that the initial pre-trial conference scheduled for September 18, 2020, at 3:15 p.m., be adjourned as the defendant has failed to respond to plaintiff's complaint, and we filed a motion for a default on July 7, 2020.

One prior request for an adjournment was made on May 27, 2020.

The Initial Pretrial Conference currently scheduled for September 18, 2020, is adjourned sine die.  SO ORDERED.

*[signature: Alison J. Nathan]*   9/2/2020

Very truly yours,

/s/ Amy E. Strang

cc: Parking 56 LLC via mail