UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Fred Alston, as a Trustee of the Local 272
Labor Management Pension Fund, *et al.*

                     Plaintiffs,

20 **CIVIL** 1726 (AJN)

     -against-

**DEFAULT JUDGMENT**

Parking 56 LLC,

                     Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Memorandum Opinion and Order dated March 26, 2021, the Court GRANTS in part and DENIES in part Alston's motion for default judgment (Dkt. No. 14). Judgment is entered in favor of the Plaintiffs and against the Defendant in the amount of $13,471.50, as follows:

- $1,844.44 in unpaid contributions to the Local 272 Pension Fund;
- $7,825.24 in unpaid contributions to the Local 272 Welfare Fund;
- $688.44 in interest at the rate of 18%;
- $688.44 in additional interest at the rate of 18%
- $1,933.94 in attorneys' fees; and
- $491 in costs, and the case is closed.

**DATED**: New York, New York
          March 29, 2021

                                            **RUBY J. KRAJICK**

                                                 **Clerk of Court**

                                   BY: _____

                                                 **Deputy Clerk**